# Court of Appeals
# of the State of Georgia

ATLANTA,  July 03, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1318. SCOTT v. THE GEORGIA DEPARTMENT OF HUMAN SERVICES, ex rel. SAVANNAH ISABELLA SCOTT.

Stuart Clifton Scott, II, filed this direct appeal following our grant of his discretionary application. Upon review of the complete record on appeal, however, this Court has determined that the application was improvidently granted. This appeal therefore is DISMISSED. Scott's motion to supplement the record is hereby DENIED as MOOT.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  07/03/2025

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*